**Christiane R. Fife, OSB #042834**
Email cfife@schwabe.com
**Jennifer L. Campbell, OSB #112511**
Email jcampbell@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Defendant Sears, Roebuck and Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GEMMA HENWOOD**, individually and as next friend for **L.H.**, a minor, and **Jeremy Monlux** as next friend for **M.M.**, a minor,<br><br>Plaintiff,<br><br>v.<br><br>**SEARS, ROEBUCK & CO.**,<br><br>Defendant. | No. 11-CV-1053-SI<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendant Sears, Roebuck and Co. ("Sears"), by and through their counsel of record, hereby stipulate and agree that Plaintiffs' Amended Complaint and all claims for relief asserted against Sears in the above entitled matter may be dismissed with prejudice and without costs to any party.

Page 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

PDX/108703/182897/CRF/9332149.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

IT IS SO STIPULATED:

| SCHWABE, WILLIAMSON & WYATT, P.C. | PORTLAND DEFENDER, LLC |
|---|---|
| By: *(signed)* | By: *(signed)* |
| Christiane R. Fife, OSB #042834 | Troy Pickard, OSB # 084440 |
| Of Attorneys for Defendant, Sears, Roebuck and Co. | Of Attorneys for Plaintiffs |
| Dated: 6/5/12 | Dated: 6/4/2012 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' Complaint and all claims for relief asserted against Sears, Roebuck and Co. in the above-entitled matter are dismissed with prejudice and without costs or fees to any party. A judgment of dismissal as described shall be entered.

DATED: 6/5/12

*(signed)*
Hon. Michael H. Simon,
United States District Court Judge

Submitted By:

SCHWABE, WILLIAMSON & WYATT, P.C.
Christiane R. Fife, OSB #042834
Jennifer L. Campbell, OSB #112511
Of Attorneys for Defendant,
Sears, Roebuck and Co.

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/108703/182897/CRF/9332149.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2012, I served the foregoing STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE on the following party at the following address:

Troy Pickard
Portland Defender, LLC
1001 SW Fifth Ave, Suite 1100
Portland, OR 97204
Telephone: 503.592.0606
E-Mail: troy@portlanddefender.com

by:

- [ ] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail
- [ ] UPS overnight delivery
- [ ] hand delivery
- [ ] fax
- [x] CM/ECF electronic system
- [ ] other (specify) e-mail

_____
Christiane R. Fife

Page 1 -    CERTIFICATE OF SERVICE

PDX/108703/182897/CRF/9332149.1